IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO.: 3:21-278 |
| v. | 18 U.S.C. § 1001 |
| **CARL DEAN CHURCHMAN** | INFORMATION |

THE UNITED STATES ATTORNEY CHARGES THAT:

<u>COUNT 1</u>
(FALSE STATEMENT)

On or about May 21, 2019, in the District of South Carolina, the defendant, CARL DEAN CHURCHMAN, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Executive Branch of the Government of the United States; to wit: he falsely told a Special Agent from the Federal Bureau of Investigation that he was not involved in reporting V.C. Summer Units 2 and 3's Commercial Operation Dates (CODs) to SCANA in February 2017, stated as April 2020 for Unit 2 and December 2020 for Unit 3, when in truth, as he then well knew, he communicated with colleagues from the Westinghouse Electric Corporation (WEC) through multiple emails in which they discussed the viability and accuracy of the CODs, and thereafter, he reported those dates to executives of SCANA and Santee Cooper during a meeting held on February 14, 2017;

In violation of Title 18, United States Code, Section 1001.

1

_M. Rhett DeHart_
M. RHETT DEHART (JHM, WDHjr, BBA, EEL)
ACTING UNITED STATES ATTORNEY

2