# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 3:21-278

CARL DEAN CHURCHMAN

## PLEA

The Defendant, CARL DEAN CHURCHMAN, acknowledges receipt of a copy of the Information and after arraignment pleads GUILTY in open court.

_____
(Signed)   Defendant

Columbia, South Carolina
June 10, 2021