IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: 3:21-CR-00278-MGL |
| | ) | |
| -versus- | ) | |
| | ) | |
| | ) | **NOTICE OF** |
| CARL DEAN CHURCHMAN, | ) | **REQUEST FOR PROTECTION** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Lauren E. Williams, attorney for the Defendant, hereby moves this Court for an Order of Protection, and further advises that upon information and belief, there are currently no hearings scheduled that conflict with the dates for which protection is requested. Accordingly, protection is requested for October 22, 2021, through November 1, 2021 and December 22, 2021 through January 4, 2022 as she will be out-of-state visiting family.

WHEREFORE, Lauren E. Williams respectfully requests that she be granted protection from appearances on the above-stated dates: October 22 – November 1, 2021 and December 22, 2021 – January 4, 2022.

Respectfully submitted,

WILLIAMS & WALSH, LLC
652 Rutledge Avenue, Unit B
Charleston, SC 29403
Tel: 843-722-0157
Fax: 843-762-2198
lauren@williamsandwalshlaw.com

*s/ Lauren E. Williams*
Lauren E. Williams (Fed. ID #9935)
ATTORNEY FOR THE DEFENDANT

Charleston, South Carolina,
August 19, 2021.